IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION (DUBUQUE)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Civil No. 17-cv-1034-LRR |
| v. | ) | |
| TRISTIN EMILIE LUCAS, | ) | |
| Defendant. | ) | |

**ORDER APPROVING GOVERNMENT'S
APPLICATION TO DISBURSE FUNDS**

This matter coming on before the Court pursuant to Government's Application to Disburse Funds, the Court finds and orders:

1. That this Court filed a Judgment and Decree of Foreclosure on March 14, ordering judgment in favor of Plaintiff, United States of America, and against Defendant and the mortgaged premises (DR 8 and DR 9.)

2. That the Court ordered the subject mortgage be foreclosed and a judicial sale be held pursuant to 28 U.S.C. §§ 2001-2003. The order further commanded the United States Marshal to sell the real estate.

3. On May 10, 2018, the subject real estate was sold by the U.S. Marshal's Service for $7,000.00. (DR 14)

4. On June 6, 2018, the Court confirmed the Report of Sale, approving the United States Marshal's Sale, and the issuance of the Marshal's Deed (DR 16)

5. On or about June 11, 2018, the United States Marshal's Service deposited with the Clerk of Court the above proceeds of the sale, less legal fees

incurred by virtue of the judicial sale, for a total deposit of $6,797.09. (Docket Annotation noted on Court docket on June 11, 2018).

6. NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of the United States District Court shall disburse $6,797.09 on deposit in the Registry Fund, through a check made payable to the United States Department of Justice and delivered to the United States Attorney for the Northern District of Iowa to be applied to the Judgment.

Dated this 13th day of June, 2018.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA